437 A.2d 932

**COMMONWEALTH of Pennsylvania**

v.

**Joseph REED, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 28, 1981.

Decided Dec. 17, 1981.

Abraham J. Golden, Philadelphia (court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Marianne Cox, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

### ORDER

PER CURIAM:

Judgment of sentence affirmed.